# ELECTRONIC RECORD

**468-15**

COA # 01-14-00296-CR          OFFENSE: 29.03 (Aggravated Robbery)

STYLE: Bobby Eugene Easley v. The State of Texas          COUNTY: Harris

COA DISPOSITION: AFFIRM          TRIAL COURT: 184th District Court

DATE: 03/19/2015          Publish: NO     TC CASE #: 1376456

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Bobby Eugene Easley v. The State of Texas          CCA #: **468-15**

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:          CCA Disposition: _____

_Refused_          DATE: _____

DATE: _Oct. 7, 2015_          JUDGE: _____

JUDGE: _PC; Alcala J. would grant_ SIGNED: _____     PC: _____

PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**